FILED

MAY 1 3 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,         )   No  **4:26CR229 HEA/RHH**
                                )
v.                              )
                                )
HEATHER KETRON,                 )
                                )
              Defendant.         )

## INDICTMENT

The Grand Jury charges that, at all times relevant to this Indictment:

## BACKGROUND

1.       The defendant, **HEATHER KETRON** ("Defendant Ketron"), was a registered nurse.

2.       Beginning on or about May 30, 2024 and continuing through or about July 5, 2024, Defendant Ketron was employed by a healthcare staffing services company and, as part of that employment, was assigned to work as a nurse at SSM Health – St. Louis University Hospital ("SSM"), which is located within the Eastern District of Missouri.

3.       In connection with her work as a nurse at SSM, one of Defendant Ketron's job duties included administering fentanyl drips to SSM patients. Fentanyl drips are bags containing fentanyl, which is a Schedule II controlled substance, that are used to administer intravenous (a/k/a IV) infusions of fentanyl to patients for medical treatment.

4.       In instances when Defendant Ketron administered less than the entire fentanyl drip to a patient, she was required to waste, *i.e.*, dispose of, all the unused fentanyl and accurately document the amount of wasted fentanyl in SSM's health records system.

## COUNT 1
**(Obtaining Possession of a Controlled Substance by Fraud (21 U.S.C. § 843(a)(3))**

5.     The above paragraphs are hereby realleged and incorporated by reference.

6.     Between on or about July 4, 2024 and on or about July 5, 2024, within the Eastern District of Missouri, the defendant,

**HEATHER KETRON,**

did knowingly and intentionally acquire and obtain possession of a controlled substance, to wit, fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, and deception, in that Defendant Ketron falsely recorded in SSM's health records system that she had wasted 49mL of fentanyl from a fentanyl drip, when, in truth and in fact, as Defendant Ketron well knew, she did not waste that amount of fentanyl and instead diverted some of the fentanyl to herself for personal use.

All in violation of Title 21, United States Code, Section 843(a)(3).

A TRUE BILL.

_____

FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____

JUSTIN M. LADENDORF #68558MO
Assistant United States Attorney